**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 25, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00741-CV**

---

**IN RE SCOTT M. CLEARMAN, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 461,672**

---

## MEMORANDUM OPINION

Relator Scott M. Clearman filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of Probate Court No. 1 of Harris County to vacate the July 10, 2018 order denying relator's motion to quash and for

protection and the August 2, 2018 order denying relator's motion for reconsideration.

On April 18, 2019, relator advised this court that the parties had settled the matter. Relator's request for relief in the petition for writ of mandamus is now moot.

Accordingly, relator's petition for writ of mandamus is ordered dismissed. We lift the stay entered on August 29, 2018.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.